| | |
|---|---|
| BENJAMIN B. WAGNER | |
| United States Attorney | |
| MEGAN A. S. RICHARDS | |
| MIA A. GIACOMAZZI | |
| Assistant United States Attorney | |
| 2500 Tulare Street, Suite 4401 | |
| Fresno, CA 93721 | |
| Telephone: (559) 497-4000 | |
| Facsimile: (559) 497-4099 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00075-AWI_BAM |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND ORDER |
| v. | Hearing Date: July 8, 2013 |
| VICTOR TRUJILLO-CHAVEZ, | Hearing Time: 10:00 a.m. |
| | Courtroom: 2 |
| Defendant. | Hon. Anthony W. Ishii |
| | (Trial Date: July 30, 2013 at 8:30 a.m.) |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that a Change of Plea hearing be scheduled for Defendant, VICTOR TRUJILLO-CHAVEZ, on July 8, 2013, at 10:00 a.m. A Memorandum of Plea Agreement for this defendant has been filed.

IT IS SO STIPULATED.

Dated: July 2, 2013                          BENJAMIN B. WAGNER
                                             United States Attorney


                                              /s/ Megan A. S. Richards
                                             MEGAN A. S. RICHARDS
                                             Assistant United States Attorney

STIPULATION TO SET CHANGE OF PLEA HEARING
AND PROPOSED ORDER

1

Dated: July 2, 2013                                    YARRA, KHARAZI AND CLASON

                                                        /s/ Ty Kharazi
                                                       TY KHARAZI
                                                       Attorney for Defendant,
                                                       VICTOR TRUJILLO-CHAVEZ

# O R D E R

IT IS HEREBY ORDERED that a Change of Plea hearing be scheduled for July 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 2, 2013                           _____
                                                SENIOR  DISTRICT  JUDGE